Matter of Macrina v Merritt (2026 NY Slip Op 00654)

Matter of Macrina v Merritt

2026 NY Slip Op 00654

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, SMITH, AND GREENWOOD, JJ.

8 CAF 25-00067

[*1]IN THE MATTER OF NICHOLAS J. MACRINA, PETITIONER-RESPONDENT-APPELLANT,
vELLISSA M. MERRITT (ALSO KNOWN AS SALM), RESPONDENT-APPELLANT-RESPONDENT. 
IN THE MATTER OF ELLISSA M. MERRITT (ALSO KNOWN AS SALM), PETITIONER-APPELLANT-RESPONDENT,
vNICHOLAS J. MACRINA, RESPONDENT-RESPONDENT-APPELLANT. 

PETER J. DIGIORGIO, JR., UTICA, FOR RESPONDENT-APPELLANT-RESPONDENT AND PETITIONER-APPELLANT-RESPONDENT. 
GETNICK LIVINGSTON ATKINSON & PRIORE, LLP, UTICA (THOMAS L. ATKINSON OF COUNSEL), FOR PETITIONER-RESPONDENT-APPELLANT AND RESPONDENT-RESPONDENT-APPELLANT.
SCOTT BIELICKI, CHITTENANGO, ATTORNEY FOR THE CHILD. 

 Appeal and cross-appeal from an order of the Family Court, Oneida County (Julia Brouillette, J.), entered November 18, 2024, in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted the parties joint legal custody of the subject child with primary physical residence to petitioner-respondent Nicholas J. Macrina. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court